```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**KAREN DAVIS**                                                      **PLAINTIFF**

      **v.**           **Civil No. 09-02090**

**BLOOD SERVICES, INC.**                                             **DEFENDANT**

<u>ORDER</u>

NOW on this 2nd day of November 2009, comes on for consideration Plaintiff's **Motion to Non-Suit** (document #11), filed October 28, 2009.  The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's complaint is dismissed, without prejudice, with respect to all claims against Defendant.

    **IT IS SO ORDERED.**

                                         **/s/ Jimm Larry Hendren**
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**